## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Trading Technologies International, Inc.

Plaintiff,

v.

Case No.: 1:05−cv−04811

Honorable Sharon Johnson Coleman

CQG, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2015:

MINUTE entry before the Honorable Sharon Johnson Coleman: In court hearing held on 2/23/2015. Jury Trial set set to commence on 2/23/2015 is reset to 2/25/2015 at 10:00 AM. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.